UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JENNIFER GAJEWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　Defendant. | Case No.: 17-cv-1049<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Hon. Lynn Adelman |

Plaintiff Jennifer Gajewski, by counsel, Ademi & O'Reilly, LLP, and Defendant GC Services Limited Partnership, by counsel, Rudnicki, PLLC, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant GC Services Limited Partnership are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 31st day of January 2018.

ADEMI & O'REILLY, LLP

/s/ Mark A. Eldridge
Shpetim Ademi (SBN 1021729)
John D. Blythin (SBN 1046105)
Mark A. Eldridge (SBN 1089944)
3620 East Layton Avenue
Cudahy, WI 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
E-mail: meldridge@ademilaw.com
*Attorneys for Plaintiff*

RUDNICKI, PLLC

/s/ Leah T. Rudnicki
Leah T. Rudnicki
6305 Waterford Boulevard, Suite 325
Oklahoma City, OK 73118
Tel: (405) 445-7418
Fax: (405) 445-7421
Email: Leah@rudnickifirm.com
*Attorney for Defendant*